**SEYFARTH SHAW LLP**
Mandana Massoumi (SBN 191359)
mmassoumi@seyfarth.com
Flavia A. Coles (SBN 329929)
fcostea@seyfarth.com
Jessica C. Koenig (SBN 340974)
jkoenig@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

*Attorneys for Defendant*
TARGET CORPORATION

Jake D. Finkel, Esq. (SBN 293954)
Avraham Kalaf, Esq. (SBN 325249)
**THE FINKEL FIRM**
3470 Wilshire Blvd., Suite 830
Los Angeles, CA 90010
**Mailing**: 8605 Santa Monica Blvd., PMB 63688
West Hollywood, California 90069-4109
Tel: (213) 787-7411
Fax: (323) 916-0521
Email: jake@lawfinkel.com
           avi@lawfinkel.com

*Attorneys for Plaintiff*
JACQUELINE BALLESTEROS

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BALLESTEROS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, and DOES 1 - 100, inclusive,<br><br>　　　　　Defendants. | Case No.  5:22-cv-00403-JGB-SP<br><br>**JOINT NOTICE OF SETTLEMENT, PURSUANT TO LOCAL RULE 16-15.7, AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Action Filed:      September 10, 2021<br>Action Removed: March 4, 2022<br>Trial Date:         September 5, 2023 |

1
NOTICE OF SETTLEMENT

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Central District of California Local Rule 16-15.7, Plaintiff JACQUELINE BALLESTEROS ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant," and together with Plaintiff, collectively the "Parties"), by and through their respective counsel of record, have reached an agreement on the terms of a settlement of the above-captioned action and are in the process of drafting settlement agreement documents.

The Parties anticipate filing a Joint Stipulation for Dismissal with Prejudice of the entire action, pursuant to Federal Rule of Civil Procedure 41, within the next 60 days.

In light of the Parties' agreement to settle this action, the Parties respectfully request that the Court vacate all dates currently set so that the Parties may complete the conditions precedent before filing the Joint Stipulation For Dismissal.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mandana Massoumi, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 21, 2023         THE FINKEL FIRM

                                 By: */s/ Avraham Kalaf*
                                     Jake D. Finkel
                                     Avraham Kalaf, Esq.
                                     Attorney for Plaintiff
                                     JACQUELINE BALLESTEROS

Dated: February 21, 2023         SEYFARTH SHAW LLP

                                 By: */s/ Mandana Massoumi*
                                     Mandana Massoumi
                                     Flavia A. Coles
                                     Jessica C. Koenig
                                     Attorneys for Defendant
                                     TARGET CORPORATION