| | |
|---|---|
| 1 | **SEYFARTH SHAW LLP** |
| | Mandana Massoumi (SBN 191359) |
| 2 | mmassoumi@seyfarth.com |
| | Flavia A. Coles (SBN 329929) |
| 3 | fcostea@seyfarth.com |
| | Jessica C. Koenig (SBN 340974) |
| 4 | jkoenig@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 5 | Los Angeles, California 90067-3021 |
| | Telephone:  (310) 277-7200 |
| 6 | Facsimile:   (310) 201-5219 |
| 7 | *Attorneys for Defendant* |
| | TARGET CORPORATION |
| 8 | |
| 9 | Jake D. Finkel, Esq. (SBN 293954) |
| | Avraham Kalaf, Esq. (SBN 325249) |
| | **THE FINKEL FIRM** |
| 10 | 3470 Wilshire Blvd., Suite 830 |
| | Los Angeles, CA 90010 |
| 11 | **Mailing**: 8605 Santa Monica Blvd., PMB 63688 |
| | West Hollywood, California 90069-4109 |
| 12 | Tel: (213) 787-7411 |
| | Fax: (323) 916-0521 |
| 13 | Email: jake@lawfinkel.com |
| | avi@lawfinkel.com |
| 14 | |
| 15 | *Attorneys for Plaintiff* |
| | JACQUELINE BALLESTEROS |

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BALLESTEROS, | Case No.  5:22-cv-00403-JGB-SP |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)** |
| v. | |
| TARGET CORPORATION, and DOES 1 - 100, inclusive, | |
| Defendants. | Action Filed:       September 10, 2021 |
| | Action Removed:  March 4, 2022 |
| | Trial Date:           September 5, 2023 |

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JACQUELINE BALLESTEROS and Defendant TARGET CORPORATION, by and through their respective counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). Each party shall bear its own fees and costs.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mandana Massoumi, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2023　　　　　　　　THE FINKEL FIRM

By: */s/ Avraham Kalaf*
Jake D. Finkel
Avraham Kalaf, Esq.
Attorney for Plaintiff
JACQUELINE BALLESTEROS

Dated: March 6, 2023　　　　　　　　SEYFARTH SHAW LLP

By: */s/ Mandana Massoumi*
Mandana Massoumi
Flavia A. Coles
Jessica C. Koenig
Attorneys for Defendant
TARGET CORPORATION