UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BALLESTEROS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, and DOES 1 - 100, inclusive,<br><br>　　　　Defendants. | Case No.  5:22-cv-00403-JGB-SP<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br>Action Filed:　　September 10, 2021<br>Action Removed:　March 4, 2022<br>Trial Date:　　　September 5, 2023 |

## ORDER

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: March 14, 2023

_____
Honorable Jesus G. Bernal
United States District Court Judge